UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STEVEN WAYNE BONILLA | No. 2:24-cv-01256-WBS-CSK |
| | No. 2:24-cv-01271-WBS-CSK |
| | No. 2:24-cv-01326-WBS-CSK |
| | No. 2:24-cv-01338-WBS-CSK |
| | No. 2:24-cv-01351-WBS-CSK |
| | No. 2:24-cv-01355-WBS-CSK |
| | No. 2:24-cv-01357-WBS-CSK |
| | No. 2:24-cv-01410-WBS-CSK |
| | No. 2:24-cv-01414-WBS-CSK |
| | |
| | **ORDER** |

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious

1

1  litigant and ordered the Clerk of the Court not to file or assign a civil case number to any
2  proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in
3  Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.
4  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
5  the Court to open a new case for each attempted new pleading and assign it to the Court for
6  review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's
7  Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

8       The Court has reviewed the complaints/petitions filed in the above-captioned cases and
9  finds they are related to Plaintiff's Alameda County criminal conviction.

10       Accordingly, IT IS HEREBY ORDERED that 2:24-cv-01256, 2:24-cv-01271, 2:24-cv-
11  01326, 2:24-cv-01338, 2:24-cv-01351, 2:24-cv-01355, 2:24-cv-01357, 2:24-cv-01410 and 2:24-
12  cv-01414 are DISMISSED; the Clerk of the Court is directed to close these cases.  No further
13  filings will be accepted.

14  Dated:  May 23, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2